Filed 3/30/23  P. v. Calderon CA4/1
**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>ROGELIO CALDERON,<br><br>    Defendant and Appellant. | D081213<br><br><br><br>(Super. Ct. No. SCD127067) |

APPEAL from an order of the Superior Court of San Diego County, Jeffrey F. Fraser, Judge.  Affirmed.

Sheila O'Connor, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

In 2009, a jury convicted Rogelio Calderon of first degree murder (Pen. Code,[1] § 187, subd. (a)).  He was sentenced in 2012 to an indeterminate term of 25 years to life, plus 10 years for the use of a firearm.  The court awarded

---

[1]    All further statutory references are to the Penal Code.

Calderon 2067 days of actual days of custody credits for the period of January 25, 2007 to September 21, 2012.

In August 2022, Calderon filed a motion to award additional custody credits for the same time period pursuant to section 1170.03. The trial court denied the motion by written order.

Calderon filed a notice of appeal.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) indicating counsel has not been able to identify any arguable issues for reversal on appeal. Counsel asks this court to review the record for error as mandated by *Wende*. We offered Calderon the opportunity to file his own brief on appeal, but he has not responded.[2]

DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to review the record for error. To assist the court in its review, and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has identified two possible issues that were considered in evaluating the potential merits of this appeal.

1. Whether the trial court erred in calculating Calderon's custody credits.

2. Whether Calderon's case was final for purposes of obtaining relief under section 1170.03.

We have reviewed the entire record as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Calderon on this appeal.

---

[2]    The facts of the underlying offense are not relevant to this appeal. We will omit a statement of facts.

## DISPOSITION

The order denying Calderon's motion to recalculate custody credits is affirmed.


HUFFMAN, Acting P. J.

WE CONCUR:



DATO, J.



DO, J.